1

2

3                                                                O

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   ELBERT L. HASKINS,                 )   Case No. LA CV 13-8251 GHK (JCG)
                                        )
13              Petitioner,             )   **ORDER (1) ACCEPTING REPORT AND**
                                        )   **RECOMMENDATION OF UNITED**
14        v.                            )   **STATES MAGISTRATE JUDGE AND**
                                        )   **(2) DENYING HABEAS PETITION,**
15   RANDY GROUNDS,                     )   **CERTIFICATE OF APPEALABILITY,**
                                        )   **AND EVIDENTIARY HEARING**
16              Respondent.             )
                                        )
17                                      )

18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate

20   Judge's Report and Recommendation ("R&R"), Petitioner's Objections to the R&R,

     and the remaining record, and has made a *de novo* determination.

21        Petitioner's Objections reiterate the arguments made in the Petition and

22   Traverse, and lack merit for the reasons set forth in the R&R.[1]

23        Accordingly, IT IS ORDERED THAT:

24        1.    The Report and Recommendation is approved and accepted;

25

26

27   _____

     [1]  Similarly, Petitioner's renewed Motion for Appointment of Counsel is DENIED for the reasons set
     forth in this Court's previous orders denying appointment of counsel.  [*See* Dkt. Nos. 18, 21, 23, 34,
28   35 at 3-4.]

                                          1

1    2.    Judgment be entered denying the Petition and dismissing this action with

2    prejudice; and

3    3.    The Clerk serve copies of this Order on the parties.

4    Additionally, for the reasons stated in the Report and Recommendation and

5    above, the Court finds that Petitioner has not shown that "jurists of reason would find

6    it debatable whether": (1) "the petition states a valid claim of the denial of a

7    constitutional right"; and (2) "the district court was correct in its procedural ruling."

8    *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Thus, the Court declines to issue a

9    certificate of appealability.

10   Nor is Petitioner entitled to an evidentiary hearing.  *See Cullen v. Pinholster*,

11   131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court-

12   decision at the time it was made.  It follows that the record under review is limited to

13   the record in existence at that same time *i.e.*, the record before the state court.").

14

15

16   DATED:    12/1/15                    _____

17                                HON. GEORGE H. KING
                                 CHIEF UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

2