JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT L. HASKINS,<br>          Petitioner,<br>    v.<br>RANDY GROUNDS,<br>          Respondent. | Case No. LA CV 13-8251 GHK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and this Court's Order (1) Accepting Report and Recommendation of United States Magistrate Judge and (2) Denying Habeas Petition, Certificate of Appealability, and Evidentiary Hearing.

DATED: 12/1/15

HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE